■ In the Matter of DARLENE SLOCUM, Respondent, v ROY M. ROBERTSON, Appellant. [631 NYS2d 260] —Order unanimously

affirmed with costs. Memorandum: Family Court properly denied respondent's objections to the Hearing Examiner's order. Respondent failed to demonstrate an unforeseen substantial change in circumstances warranting a downward modification of child support *(see, Stock v Stock,* 202 AD2d 914, 915). Further, respondent's child support obligation was properly determined on a per-household rather than a per-child basis *(see, Buck v Buck,* 195 AD2d 818; *Matter of Niagara County Dept. of Social Servs. [Maxwell] v Cunningham,* 188 AD2d 1039; *Matter of Griffin v Janik,* 185 AD2d 635). (Appeal from Order of Allegany County Family Court, Sprague, J.—Child Support.) Present—Green, J. P., Lawton, Callahan, Balio and Boehm, JJ.